

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00166-CV

DIANE BOZANICH RATLEY, Appellant    §    On Appeal from the 362nd District Court

§    of Denton County (19-9876-362)

V.

§    September 23, 2021

WILLIAM DAVID RATLEY, Appellee    §    Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr